9/4/2018

**Affidavit**                    1:18mj2195

I, Casey T Carty, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1.  I have been employed as a Special Agent of the FBI since April 2004, and am currently assigned to the FBI's Cleveland Division. While employed by the FBI, I have conducted investigations of numerous federal criminal offenses including white collar crimes, crimes against children, violent crimes and narcotics offenses.  I have gained experience through training at the FBI Academy and everyday work related to these types of investigations.

2.  I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3.  This affidavit is being submitted for the limited purpose of establishing probable cause that Nicholas R Latorre, age 22, of Lorain, Ohio, has violated Title 21 U.S.C. § 841(a)(1) (manufacture, distribution or possession with intent to distribute a controlled substance, namely a mixture of heroin and fentanyl, Schedule I and II controlled substances, respectively).  As such, this affidavit does not include every fact known to me regarding this investigation, but will seek to summarize relevant information.  The statements made in this affidavit are based in part on information provided to me by members of the Elyria Police Department (EPD) and Lorain Police Department (LPD), as well as on my own investigation of this matter.

9/4/2018

**Probable Cause**

4.  In early July 2018, narcotics detectives from the Elyria Police Department (EPD) met with a

Confidential Informant (CI1) who advised they could purchase illegal narcotics from Nicholas

Latorre of Lorain, Ohio.  CI1 stated they could buy mixtures of heroin and fentanyl as well as

crack cocaine from Latorre.  CI1 identified Latorre as a member of the Go Getta Family, aka

"GGF", a Lorain-based street gang involved in drug trafficking.  CI1 further stated Latorre

dealt drugs in concert with several friends and family members, including Brandon Williams.

CI1 identified Latorre from a photo line-up shown to them by EPD.

5.  On July 24, 2018, CI1, working under the direction and control of EPD, conducted a controlled

purchase of drugs from Latorre in Elyria, Ohio.  Prior to the purchase, CI1 contacted Latorre

via the telephone and arranged to meet with him for the purpose of  purchasing $100 worth

of heroin/fentanyl mix.  Latorre agreed to meet CI1 in the parking lot of local shopping

center.

6.  EPD narcotics detectives searched CI1's person and found no contraband.  They provided the

CI with a covert electronic listening and recording device and $100 in buy money.  CI1 was

escorted to the area of the shopping center by EPD detectives where the deal was to be

consummated. This area was under physical surveillance by other EPD detectives. CI1 was

observed by EPD detectives while he/she waited for Latorre.

7.  Latorre was observed by EPD detectives as he arrived in the area of the shopping center.

Shortly after Latorre arrived in the area, CI1 met with him.  CI1 exchanged the $100 in buy

money for a small package of suspected heroin mixed with fentanyl.  After completing the

transaction, Latorre and CI1 parted ways.  CI1 went to a predetermined location where

he/she met with EPD detectives, turned over the drugs, and was debriefed.

9/4/2018

8. EPD detectives reviewed the recording of the drug transaction captured by CI1's covert recording device. The recording corroborated CI1's account of the transaction.

9. The drugs purchased by CI1 from Latorre were submitted by EPD to the Lorain County Crime and Drug Lab for analysis and identification. In a report dated August 14, 2018, the Lab identified the drugs as .89 grams of a mixture of heroin and fentanyl, Schedule I and II controlled substances, respectively.

**Conclusion**

10. Based on the preceding, there is probable cause to believe Nicholas R Latorre has violated Title 21 U.S.C. § 841(a)(1) (manufacture, distribution or possession with intent to distribute a controlled substance, namely a mixture of heroin and fentanyl, Schedule I and II controlled substances, respectively.

Casey T. Carty
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1

On this 17th day of September, 2018.

DAVID A .RUIZ
UNITED STATES MAGISTRATE JUDGE